JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISHAN KUMAR KRISHAN,<br><br>　　　　　　　　Petitioner,<br><br>　　　　v.<br><br>WARDEN OF THE DESERT VIEW ANNEX DETENTION FACILITY ET AL,<br><br>　　　　　　　　Respondent. | Case No. 5:26-cv-00547-AB (MAR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are ordered to release Petitioner under the same conditions he was released prior to his re-detention and to file a notice of compliance advising how they complied with the District Court's Order within one day.

Dated: April 14, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE